```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         JAN 2 1 2011

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JEREMY SETTLES,  )
       Petitioner,  )  3: 10-cv-00779-RCJ-VPC
vs.  )
         )  **ORDER**
ROBERT LeGRAND, *et al.*,  )
       Respondents.  )

       This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has filed a motion to proceed *in forma pauperis*. (Docket #1). Based on the information about petitioner's financial status, including any additional information that may have provided, the Court finds that the motion to proceed *in forma pauperis* should be granted.

       Petitioner has not filed his petition on the form required under the Local Rules of this court. Accordingly, the court will direct the Clerk to send petitioner the correct form and applicable instructions. Petitioner shall be granted thirty (30) days from the date of service to file a first amended petition in this case. Petitioner is expressly cautioned that his failure to do so will result in the dismissal of this case.

1  **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (Docket #1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall send petitioner the appropriate form for filing a Section 2253 petition in this court, along with the appropriate instructions. Petitioner is **GRANTED** thirty (30) days from the date of service of this order within which to file a new petition on the correct form. It shall be clearly labeled "First Amended Petition," and shall bear the docket number of this case.

DATED this 20th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE